# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MORGAN STANLEY DW INC.,**

    **Plaintiff,**

v.                                    Case No.  8:05-cv-1028-T-30TGW

**JUDY HALL and JEFF EVANS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court, having reviewed the Complaint, and being otherwise fully advised, finds that Plaintiff fails to satisfy the requirements for joinder of defendants under Rule 20, Fed.R.Civ.P.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's claims against Defendants Judy Hall and Jeff Evans are hereby severed.

2. Plaintiff is directed to file a new action against Defendant Jeff Evans, along with payment of the applicable filing fee, within five (5) days of the date of this Order.

3. The Clerk is directed to assign the new action against Defendant Jeff Evans to this Court.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record                    S:\Even\2005\05-cv-1028.sever.wpd