UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MORGAN STANLEY DW INC.
f/k/a DEAN WITTER REYNOLDS,
INC., a Delaware corporation,

    Plaintiff,

v.                                      Case No.  8:05-cv-1028-T-30TGW

JUDY HALL, individually and JEFF
EVANS, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties Joint Motion to Discharge Bond from Court Registry and Stipulation for Entry of Order of Dismissal (Dkt. # 19).  The Court, having considered the motion and being otherwise fully advised, finds that it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The parties Joint Motion to Discharge Bond from Court Registry and Stipulation for Entry of Order of Dismissal (Dkt. # 19) is GRANTED.

2. This action is dismissed with prejudice.

3. The Clerk is directed to discharge the bond in the amount of $10,000.00 (Dkt. # 12) posted by Plaintiff pursuant to this Court's Order Granting Plaintiff's Emergency Motion for a Temporary Restraining Order (Dkt. # 8).

4. The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1028.dismiss and discharge bond.wpd